# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
Dwendolyn M. Creecy  
181 Madison Dr  
Newark, DE 19711-4405  
**SSN:** xxx-xx-2501

**Chapter:** 13

**Case No.:** 25-10220-BLS

## ORDER

**AND NOW**, this date, 5/19/25 , after notice and hearing, and for the reasons expressed on the record, and only provisions 1 & 4a shall apply to this case,

**IT IS ORDERED**, that:

1. The hearing is continued to 6/23/25 at 10:00 am .
2. Debtor(s) shall file state tax returns for the year(s) on or before .
3. Debtor(s) shall file federal tax returns for the year(s) on or before .
4. Debtor shall pay:

    (a) preconfirmation arrearages to the Trustee of $ 1138.00 on or before 6/13/25 and next month's payment.

    (b) $ to the Trustee on or before , as payment toward cure of Debtor(s) material default of the plan as well as the current monthly payment.

    (c) post petition mortgage arrearages to of $ and the current month's mortgage payment of $ on or before , to cure the material default and provide adequate protection.

5. Other:

IT IS FURTHER ORDERED, that if the relief provided above mandates affirmative action to be performed by the Debtor(s) on or before certain dates and such required action is not timely complied with, upon certification of default filed by the Trustee, or an attorney for a party in interest, and/or upon oral testimony of default at the next hearing scheduled on this matter, the case will be dismissed without further notice or hearing.

Brendan Linehan Shannon  
Bankruptcy Judge

Dated: 5/22/25

(VAN-309)

United States Bankruptcy Court
District of Delaware

In re:  Case No. 25-10220-BLS
Dwendolyn M. Creecy  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1  User: admin  Page 1 of 1
Date Rcvd: May 22, 2025  Form ID: van309  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Dwendolyn M. Creecy, 181 Madison Dr, Newark, DE 19711-4405 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2025  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Steven J. Stirparo | on behalf of Debtor Dwendolyn M. Creecy stirparolaw@comcast.net g11116@notify.cincompass.com;stirparo.stevenb126988@notify.bestcase.com;stirparo.stevenb126988@notify-prod.bestcase.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| William F Jaworski, Jr | wjaworski@ch13de.com |

TOTAL: 3