IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DWENDOLYN M. CREECY, | ) | Case No. 25-10220-BLS |
| | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | **Docket No. 20** |

**DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE**

In response to the Motion for Relief from Automatic Stay filed by U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust ("Movant"), Dwendolyn M. Creecy ("Debtor"), by and through her undersigned attorney, respectfully represents as follows:

1. Paragraphs 1 through 7 are admitted.

2. Paragraphs 8 through 11 are denied.

3. The debtor lacks sufficient information to either admit or deny Paragraphs 12 and 13.

4. Paragraphs 14 and 15 are admitted.

5. Paragraphs 16 through 18 are denied.

6. No response is required by Debtor to Paragraph 19.

WHEREFORE, the Debtor respectfully requests that the Court deny the Motion for Relief from Automatic Stay filed by creditor U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust and grant the debtor sixty (60) days to pursue a loan modification with the creditor.

/s/ Steven J. Stirparo
STEVEN J. STIRPARO (#2293)
3622 Silverside Road
Wilmington, DE 19810
302-479-9555
Attorney for Debtor

DATE: June 18, 2025