# Notice Recipients

District/Off: 0311−1    User: admin    Date Created: 6/25/2025
Case: 25−10220−BLS    Form ID: van456    Total: 52

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
19533705    Lincoln, NE 68501
TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust    U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
tr    William F Jaworski, Jr    wjaworski@ch13de.com
aty    Christina J. Pross    cpross@mlg−defaultlaw.com
aty    Steven J. Stirparo    stirparolaw@comcast.net
TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Dwendolyn M. Creecy    181 Madison Dr    Newark, DE 19711−4405
cr    U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust    Marinosci Law Group PC    200 Continental Drive, Ste 209    Newark, DE 19713 UNITED STATES
19533697    Boscovs    4500 Perkiomen Ave    Reading, PA 19606−3202
19533700    CBNA/Wayfair Card    Citi Retail Services    PO Box 70267    Philadelphia, PA 19176
19533698    Capital One N.A.    PO Box 30285    Salt Lake City, UT 84130−0285
19533699    Catherine M. Di Lorenzo, Esq.    200 Biddle Ave., Ste. 107    Newark, DE 19702
19533701    Christina J. Pross, Esq.    Marinosci Law Group, PC    200 Continental Drive, Suite 209    Newark, DE 19713
19533702    City of Newark    220 S Main Street    Newark, DE 19711
19533703    Credit One Bank, NA    Attn: Bankruptcy    PO Box 10497    Greenville, SC 29603−0497
19533706    DSHA    820 N French St Fl 10    Wilmington, DE 19801−3545
19533707    DSHA− DEMAP    820 N French St Fl 10    Wilmington, DE 19801−3545
19533737    Department of Labor    Division of Unemployment Insurance    P.O. Box 9953    Wilmington, DE 19809
19813219    Department of the Treasury    Internal Revenue Service    P.O. Box 7346    Philadelphia, PA 19101−7346
19533704    Dept of Education/Nelnet    P.O. Box 82561
19533738    Ellen Slights, Assistant US Attorney    P.O. Box 2046    Wilmington, DE 19899−2046
19533708    Enhanced Recovery Company    8014 Bayberry Rd    Jacksonville, FL 32256−7412
19533709    First Premier Bank    PO Box 1348    Sioux Falls, SD 57101
19533711    HCAC Finance    3400 Kirkwood Hwy    Wilmington, DE 19808
19533710    Hcac Finance    2545 Pulaski Hwy    Newark, DE 19702−3907
19533712    Internal Revenue Service    PO Box 7346    Philadelphia, PA 19101
19533713    January Technologies    176 Grand, 42 Floor    New York, NY 10013
19824549    Jefferson Capital Systems LLC    Po Box 7999    Saint Cloud MN 56302−9617
19713814    LVNV Funding LLC    Resurgent Capital Services    PO Box 10587    Greenville, SC 29603−0587
19822075    LVNV Funding, LLC    Resurgent Capital Services    PO Box 10587    Greenville, SC 29603−0587
19533714    Liberty Mutual    PO Box 1452    New York, NY 10116−1452
19533715    Lvnv Funding/Resurgent Capital    Attn: Bankruptcy    PO Box 10497    Greenville, SC 29603−0497
19533716    Minute Loans    272 Bendix Rd Ste 500    Virginia Beach, VA 23452−1367
19533717    National Financial dba Loan Till Payday    1511 N Dupont Highway    New Castle, DE 19720
19533718    Nelnet/Sloan    Attn: Claims    PO Box 82505    Lincoln, NE 68501−2505
19533719    New Castle County    87 Reeds Way    New Castle, DE 19720
19533735    New Castle County/Law    Attention: Bill Weisel    87 Reads Way    New Castle, DE 19720
19533720    Radius Global Solutions, LLC    PO Box 390905    Minneapolis, MN 55439−0905
19533721    SN Servicing Corporation    323 5th Street    Eureka, CA 95501
19709873    Sloan Servicing on behalf of ECMC    Educational Credit Management Corp    PO Box 16408    St. Paul MN 55116−0408
19533722    Sprint    KSOPHT0101−Z4300    6391 Sprint Pkwy    Overland Park, KS 66251−6100
19533723    State of Delaware    820 N. French Street, 8th Floor    Carvel State Office Building    Wilmington, DE 19801
19828722    State of Delaware    ATTN: MS 28 Delaware    DOR    P.O. Box 8763    Wilmington, DE 19899−8763
19533736    State of Delaware    Division of Revenue    820 N. French Street, 8th Floor    Wilmington, DE 19801−0820
19533724    State of Delaware Div. of Unemployment    4425 N Market Street    Wilmington, DE 19802
19533725    TD Bank, N.A    32 Chestnut St    Lewiston, ME 04240−7744
19533726    The Bureaus Inc    650 Dundee Rd Ste 370    Northbrook, IL 60062−2757
19533727    Total Visa    PO Box 85710    Sioux Falls, SD 57118−5710
19827914    U.S. Bank Trust National Association as Trustee of    the Bungalow Series IV Trust    c/o SN Servicing Corporation    323 5th St.    Eureka, CA 95501
19710352    U.S. Department of Education c/o Nelnet    121 S 13TH ST    LINCOLN, NE 68508
19533728    US Bank Trust Nat'l Assoc. as Trustee    7114 East Stetson, Ste. 250    Scottsdale, AZ 85251
19533730    WSFS Bank    30 Blue Hen Dr    Newark, DE 19713−3445

19533729   WebBank Fingerhut      Attn: Bankruptcy      PO Box 10497      Greenville, SC 29603–0497

TOTAL: 47